MAX BELL ET AL., APPELLANTS, v. MORRIS SIWOFF, RESPONDENT.

Submitted February 16, 1940—Decided April 25, 1940.

For the appellants, *Maurice D. Emont*.

For the respondent, *Vincent M. Rotolo*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 9.

*For reversal*—PARKER, RAFFERTY, JJ. 2.